IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| LYNIS V. HOWELL, as Administrator of the Estate of James Earnest Greene, Deceased; and LYNIS V. HOWELL, MELINDA HAMILTON, VANESSA MCCLENDON, and QUALANDRA STOKES, as Surviving Children of James Earnest Greene, Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CV 325-068 |

**O R D E R**

Plaintiffs filed the above-captioned case on June 18, 2025, and service was effected on June 20, 2025. (Doc. nos. 1, 5.) After receiving an extension of time, (doc. no. 9), Defendant filed its answer on September 9, 2025, (doc. no. 10). The deadline for the parties to confer as provided in Federal Rule of Civil Procedure 26(f) and then submit a joint 26(f) Report as set forth in the Court's prior Order has passed. (See doc. no. 3.) However, no Rule 26(f) Report has been filed. Accordingly, the Court **ORDERS** the parties to conduct a conference within fourteen days of the date of this Order, and to file a joint 26(f) Report within seven days of the date of the conference. The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 18th day of September, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA